AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
         Sheet 1

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
JAMES C. DAVIS JR.
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 1:99CR10010-01

USM Number:

Wayne Blanchard
Defendant's Attorney

**THE DEFENDANT:**

[✓]   was found in violation of Mandatory Condition #5 after denial of guilt.

The defendant is guilty of these violation;

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition #5 | Possession of firearm while on supervised release | 05/08/08 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   The defendant has not violated Mandatory Condition #2 and is discharged as to such violation condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

05/28/08
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

5/29/08
Date

COPY SENT:
DATE: 5/29/08
BY: mcl
TO: USP USM

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 2 of 2

DEFENDANT: JAMES C. DAVIS JR.
CASE NUMBER: 1:99CR10010-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **fourteen (14) months**.

[✓]   The court makes the following recommendations to the Bureau of Prisons:

That defendant receive assistance in the area of conduct control and especially temper and anger management.

[✓]   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL